## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THOMAS A. IANNACE | : | |
| Petitioner, | : | Civil No. 03-5973 (JBS) |
| v. | : | |
| GRACE ROGERS, et al. | : | **ORDER** |
| Respondents | | **CLOSED** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **21st** day of **December**, **2005**,

ORDERED that the Petition for a Writ of habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED as untimely.  See 28 U.S.C. § 2244 9d)(1)(A); and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c); and it is finally

ORDERED that the Clerk shall serve copies of this Order and Opinion by regular mail on all parties, and shall close the file in this matter.

         s/ Jerome B. Simandle
            JEROME B. SIMANDLE
        UNITED STATES DISTRICT JUDGE

**DATED  December 21, 2005**